```
1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  JAMES RAY BROWN,                      No. CIV S-10-0130 CMK P
12         Petitioner,
13     vs.                                ORDER
14  JAMES A. YATES,
15         Respondent.
16                              /
```

17        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

18 habeas corpus pursuant to 28 U.S.C. § 2254.  In his application, petitioner challenges a

19 conviction issued by the Fresno County Superior Court.  Fresno County is part of the Fresno

20 Division of the United States District Court for the Eastern District of California.  See Local Rule

21 120(d).

22        Pursuant to Local Rule 120(f), a civil action which has not been commenced in

23 the proper division of a court may, on the court's own motion, be transferred to the proper

24 division of the court.  Therefore, this action will be transferred to the Fresno Division of the

25 court.

26 / / /

1  Good cause appearing, IT IS HEREBY ORDERED that:

2  1. This action is transferred to the United States District Court for the Eastern
3  District of California sitting in Fresno; and
4  2. All future filings shall reference the new Fresno case number assigned and
5  shall be filed at:

   United States District Court
   Eastern District of California
   2500 Tulare Street
   Fresno, CA 93721

DATED: February 10, 2010

*/s/ Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE