# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RAY BROWN, | 1:10-cv-00219-LJO-DLB (HC) |
| Petitioner, | ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITION |
| v. | |
| | [Doc. 19] |
| JAMES A. YATES, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

GOOD CAUSE having been demonstrated Respondent's motion for an extension of time is GRANTED, to and including July 14, 2010, to file a response.

IT IS SO ORDERED.

Dated:   June 28, 2010              /s/ Dennis L. Beck
                                    UNITED STATES MAGISTRATE JUDGE

1