# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RAY BROWN,<br><br>      Petitioner,<br><br>    v.<br><br>JAMES A. YATES,<br><br>      Respondent. | Case No.  1:10-cv-00219-LJO-SAB (HC)<br><br>ORDER FOLLOWING REMAND FROM THE NINTH CIRCUIT COURT OF APPEALS AND EXPANDING THE RECORD<br><br>ORDER SETTING BRIEFING SCHEDULE<br><br>(ECF No. 39) |

    Pursuant to the mandate of the United States Court of Appeals for the Ninth Circuit in the case of <u>James Ray Brown v. James A. Yates</u>, case no. 11-16131, the judgment of the district court was vacated and this case was remanded for further development of the record.  The Ninth Circuit noted that "Brown's state habeas petition and memorandum of law, offered under penalty of perjury, provide the only evidence in the record pertaining to the legal advice offered by his trial counsel regarding the state's plea offer."  The Ninth Circuit also noted that, "[r]egarding prejudice, however, Brown may be able to demonstrate 'a reasonable probability that …[he] would have accepted the plea and the prosecution would not have withdrawn it…, that the court would have accepted its terms, and that the conviction or sentence…would have been less severe than [what was] imposed.'"  Accordingly, pursuant to Rule 7 of the Rules Governing Section 2254 Cases and the Ninth Circuit's mandate, the Court HEREBY ORDERS:

    1.    Respondent SHALL FILE a BRIEF and any ADDITIONAL MATERIALS to

further develop the record within **SIXTY** (60) days of the date of service of this order.

2. Petitioner SHALL FILE a BRIEF and any ADDITIONAL MATERIALS to further develop the record within **THIRTY (30) days** of the date Respondent's Brief and Additional Materials are filed with the Court.

All briefs shall be filed without oral argument unless otherwise ordered by the Court. Local Rule 230(l). Extensions of time will only be granted upon a showing of good cause. All provisions of Local Rule 110 are applicable to this order.

IT IS SO ORDERED.

Dated:   **October 2, 2014**

UNITED STATES MAGISTRATE JUDGE

2