# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RAY BROWN,<br><br>    Petitioner,<br><br>    v.<br><br>JAMES A. YATES, Warden,<br><br>    Respondent. | Case No. 1:10-cv-00219-LJO-SAB-HC<br><br>ORDER SETTING SCHEDULING CONFERENCE HEARING |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is represented by Lisa Sciandra, Esq. Respondent is represented by Justin Riley, Esq., of the California Attorney General's Office.

Pursuant to the mandate of the United States Court of Appeals for the Ninth Circuit, the judgment of the District Court was vacated and this case was remanded for further factual development of the record. On October 2, 2014, this Court ordered Respondent to file a brief and any additional materials to further develop the record. On November 26, 2014, Respondent filed his response and requested that the Court set a status conference hearing for the purpose of authorizing formal discovery and setting a schedule therefor. Respondent indicated that Petitioner does not object to a status conference hearing.

///

///

Accordingly, IT IS HEREBY ORDERED that a status conference hearing will be conducted on Tuesday, December 17, 2014, at 2:00 p.m. before the undersigned for purposes of discussing any discovery-related matters, scheduling of an evidentiary hearing if necessary, and addressing any issues pertaining thereto.

IT IS SO ORDERED.

Dated: **December 2, 2014**

UNITED STATES MAGISTRATE JUDGE