# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RAY BROWN,<br><br>    Petitioner,<br><br>    v.<br><br>JAMES A. YATES,<br><br>    Respondent. | Case No. 1:10-cv-00219-LJO-SAB (HC)<br><br>SCHEDULING ORDER<br><br><u>Evidentiary Hearing</u><br>Date: April 20, 2015<br>Time: 9:00 a.m.<br>Courtroom: Nine |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S. § 2254. Petitioner is represented in this action by Lisa M. Sciandra, Esq. Respondent is represented in this action by Justain Paul Riley, Esq., of the Office of the California Attorney General.

Pursuant to the mandate of the United States Court of Appeals for the Ninth Circuit, the judgment of the district court was vacated and this case was remanded for further development of the record pertaining to Petitioner's ineffective assistance of counsel claim.

On December 17, 2014, a status conference hearing was held to discuss any discovery-related matters, schedule an evidentiary hearing, and address any issues pertaining thereto. Ms. Sciandra appeared telephonically on behalf of Petitioner and Mr. Riley appeared telephonically on behalf of Respondent. It appearing that an evidentiary hearing will be necessary, the parties requested the evidentiary hearing be scheduled.

Accordingly, it is hereby ORDERED that:

1. The parties are directed to file their respective witness and exhibit lists on or before February 27, 2015;
2. The parties are directed to file any rebuttal witness and exhibit lists on or before March 13, 2014;
3. The parties are directed to file their respective opening briefs including proffers of witnesses on or before March 20, 2015;
4. The parties are directed to file any responsive briefs on or before April 3, 2015; and
5. The evidentiary hearing will be held on April 20, 2015, at 9:00 a.m., before the undersigned.

IT IS SO ORDERED.

Dated: **December 17, 2014**

UNITED STATES MAGISTRATE JUDGE