UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RAY BROWN,<br>                Petitioner,<br><br>v.<br><br>JAMES A. YATES,<br>                Respondent. | 1:10-cv-00219 LJO SAB   (HC)<br><br>ORDER & WRIT OF HABEAS CORPUS<br>AD TESTIFICANDUM TO TRANSPORT<br>JAMES RAY BROWN, CDCR # F-26471<br><br>DATE: August 28, 2015<br>TIME:  8:00 a.m. |

JAMES RAY BROWN, inmate, CDCR #F-26471, a necessary and material witness on his own behalf in proceedings in this case on August 28, 2015, is confined at California State Prison, Corcoran, 4001 King Avenue, Corcoran, California 93212, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before United States Magistrate Judge Stanley A. Boone at the U.S. District Court, Courtroom #9, 6th Floor, 2500 Tulare Street, Fresno, California, 93721, on Friday, August 28, 2015, at 8:00 a.m.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to appear in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of California State Prison, Corcoran**

**WE COMMAND** you to produce the inmate named above to appear in United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   **July 30, 2015**

                                                      UNITED STATES MAGISTRATE JUDGE

