# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RAY BROWN,<br><br>          Petitioner,<br><br>     v.<br><br>JAMES YATES,<br><br>          Respondent. | Case No.  1:10-cv-00219-LJO-SAB-HC<br><br>ORDER DIRECTING RESPONDENT TO COMPLY WITH COURT'S APRIL 13, 2015 ORDER AND FILE PROFFER OF WITNESS |

   Petitioner is a state prisoner, represented by counsel, proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On April 13, 2015, the Court ordered Respondent to file his witness and exhibit lists and responsive brief including proffers of witnesses on or before July 17, 2015.  (ECF No. 53).  On July 17, 2015, Respondent filed a responsive brief that did not include a witness list, exhibit list, or proffers of witnesses.  (ECF No. 58).  On July 20, 2015, Respondent filed an amended responsive brief which included a witness list, but did not include a proffer for the witness.  (ECF No. 59).

   Accordingly, IT IS HEREBY ORDERED that Respondent is DIRECTED to file a proffer of his witness, Rafael Torres, Jr., by August 10, 2015.

IT IS SO ORDERED.

Dated:  **August 5, 2015**

UNITED STATES MAGISTRATE JUDGE

1