HEATHER E. WILLIAMS, Bar #122664
Federal Defender
JEROME PRICE, Bar #282400
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559.487.5561/Fax: 559.487.5950
LISA M. SCIANDRA, Bar #246532
Attorney at Law
1271 Washington Ave., #288
San Leandro, CA 94577
Telephone: 415.343.5472 /Fax: 415.952.9393

Attorneys for Petitioner
JAMES RAY BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RAY BROWN,<br><br>    *Petitioner,*<br><br>vs.<br><br>JAMES A. YATES,<br><br>    *Respondent.* | Case No.  1:10-cv-00219 LJO-SAB<br><br>**ORDER AUTHORIZING ISSUANCE OF SUBPOENAS AND TO HAVE U.S. MARSHAL PAY ALL FEES OF WITNESSES PURSUANT TO 28 U.S.C. § 1825(b)**<br><br>Judge:  Hon. Lawrence J. O'Neill |

**O R D E R**

Authorization for the issuance of the subpoenas for petitioner's witnesses: Briniece O'Guinn, Sherry Ball, and Sheray Brown and the application directing the U.S. Marshal to pay all witness fees, including lodging and transportation is hereby GRANTED.

IT IS SO ORDERED.

   Dated:   **August 21, 2015**                    /s/ Lawrence J. O'Neill
                                                           UNITED STATES DISTRICT JUDGE