# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RAY BROWN<br><br>        Petitioner,<br><br>   v.<br><br>JAMES A. YATES,<br><br>        Respondent. | Case No. 1:10-cv-00219-LJO-SAB-HC<br><br>ORDER THAT INMATE JAMES RAY BROWN IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IF DISCHARGED |

An evidentiary hearing in this matter commenced on August 28, 2015, and is now concluded. Accordingly, inmate James Ray Brown C.D.C.R. Inmate No. F-26471, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:  **August 28, 2015**

UNITED STATES MAGISTRATE JUDGE